# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

135138(25)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHELLY ANNE STRUCK and ELOY STRUCK,
     Plaintiffs-Appellees,

v

MICHAEL KUSMIERZ and AUTOZONE, INC.,
     Defendants-Appellants.

SC: 135138
COA: 276219
Bay CC: 04-003607-NO

_____/

On order of the Court, the motion for reconsideration of this Court's February 6, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant reconsideration and, on reconsideration, would remand this case to the Court of Appeals as on leave granted for that court to determine whether a person suffering from a post-traumatic stress disorder is suffering from an "objectively manifested" impairment of an important bodily function under MCL 500.3135(7).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421